## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELA LOVERDI and** | : | **CIVIL ACTION** |
| **CHARLES LOVERDI** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **MEDIFAST, INC., TAKE SHAPE FOR** | : | |
| **LIFE, INC., JASON PHARMACEUTICALS,** | : | |
| **INC. and OPTAVIA, LLC** | : | **NO. 18-2196** |

FILED
MAY 15 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## <u>ORDER</u>

**NOW**, this 15th day of May, 2019, upon consideration of the Defendants' Motion to Exclude Plaintiff's Experts' Opinion Testimony (Document No. 18), the plaintiffs' response, and the defendants' reply, and after oral argument, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that the plaintiffs' expert witnesses, Dr. Jonathan Williams, Dr. Kaayla Daniel and Dr. Richard George are precluded from testifying on the issues of causation and the efficacy of warnings.

_____
TIMOTHY J. SAVAGE, J